NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREEN VALLEY COMPANY,**
*Appellant*

**v.**

**DEPARTMENT OF THE ARMY,**
*Appellee*

---

2018-2285

---

Appeal from the Armed Services Board of Contract Appeals in No. 61275, Administrative Judge Mark A. Melnick, Administrative Judge Owen C. Wilson, Administrative Judge Richard Shackleford.

---

## JUDGMENT

---

SALMA SAIKALY, Law Offices of Salma William Saikaly & Associates, Willoughby Hills, OH, argued for appellant.

MOLLIE LENORE FINNAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by JOSEPH H. HUNT, MARTIN F. HOCKEY, JR., ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 12, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court